IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHELTON JONES,

            Plaintiff,

vs.

UNITED STATES OF AMERICA and U.S. CUSTOMS AND BORDER PROTECTION,

            Defendants.

4:22-CV-3010

ORDER

On the parties' settlement stipulation (filing 9) pertaining to $34,850 seized from the plaintiff by the defendants and administratively forfeited,

IT IS ORDERED:

1. The settlement stipulation (filing 9) is approved.

2. $23,233 of the seized funds shall be released to the plaintiff.

3. Counsel for the plaintiff is directed to provide, to the Office of the United States Attorney for the District of Nebraska, any information necessary for the transfer of funds to the plaintiff's attorney, and to file a receipt of funds after receipt of the $23,233.

4. Pursuant to the previous administrative forfeiture, all right, title, or interest in or to the remaining $11,617 in seized funds held by any person or entity are forever barred and foreclosed.

5. The remaining $11,617 remains forfeited to the defendant U.S. Customs and Border Protection and shall be disposed of by the defendant in accordance with law.

6. When the claimant's receipt of funds is filed, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, which will fully dispose of the case.

7. The Clerk of the Court shall set a dismissal papers deadline for July 18, 2022.

Dated this 16th day of June, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge
